■ DORIS SKISDOPOLUS, Respondent, v JACQUELINE EDWARDS et al., Appellants, et al., Defendants. [26 NYS3d 702]—Order, Supreme Court, New York County (Carol R. Edmead, J.), entered February 20, 2015, which, to the extent appealed from as limited by the briefs, denied defendants Jacqueline Edwards and Jason Megson's motion for summary judgment dismissing the complaint and all cross claims against them, unanimously reversed, on the law, without costs, and the motion granted. The Clerk is directed to enter judgment accordingly.

Having dismissed the complaint as against defendants Akam Associates, Inc. and the Future Condominium on the ground that the condition over which plaintiff tripped in the hallway of her apartment building was an open, obvious and not inherently dangerous condition, the court erred in failing to dismiss the complaint as against defendants Edwards and Megson on the same ground (*see Samantha R. v New York City Hous. Auth.*, 117 AD3d 600 [1st Dept 2014], *lv denied* 24 NY3d 904 [2014]). Concur—Sweeny, J.P., Renwick, Moskowitz and Gische, JJ.